**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Dana L. Hooper, SBN 023801
hooperd@gtlaw.com
Aaron T. Lloyd, SBN 027987
lloyda@gtlaw.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NATURESWEET USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO ACEVES CORNEJO and KARLA GIOVANNA MARQUEZ JUNQUERA, husband and wife,<br><br>Defendants. | Case No. 4:17-CV-00132-JAS<br><br>**ANSWER TO COMPLAINT** |

Defendants, Alberto Aceves Cornejo ("Aceves") and Karla Giovanna Marquez Junquera (collectively, "Defendants"), by their undersigned counsel, hereby answer the allegations in Plaintiff NatureSweet USA, LLC's ("Plaintiff") Complaint as follows:

## **PARTIES**

1. Defendants are without knowledge or information as to the truth of the allegations in paragraph 1 of the Complaint and therefore deny the allegations.

2. Defendants are without knowledge or information as to the truth of the allegations in paragraph 2 of the Complaint and therefore deny the allegations.

3. Defendants admit that they are California residents and that they are married to one another, but deny the remaining allegations in paragraph 3 of the Complaint.

PHX 332424212v1

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

4. Defendants admit that they are California residents and that they are citizens of Mexico, but deny the remaining allegations of paragraph 4 of the Complaint.

## JURISDICTION

5. Paragraph 5 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny that this Court necessarily has proper subject matter jurisdiction over this controversy and preserve their right to move to dismiss accordingly. Defendants admit that they are California residents and that they are citizens of Mexico, but are without sufficient knowledge or information as to the truth of the remaining allegations of paragraph 5 and therefore deny same.

6. Paragraph 6 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny that this Court necessarily has proper subject matter jurisdiction over this controversy and preserve their right to move to dismiss accordingly and deny the remaining allegations in paragraph 6 of the Complaint.

## VENUE

7. Denied.

## GENERAL ALLEGATIONS

8. Admitted.

9. Admitted.

### The Relocation Loan

10. In response to paragraph 10 of the Complaint, Defendants admit that Plaintiff provided a loan in the approximate amount of $40,000 for a vehicle to allow Aceves to commute to and from the job location. Defendants deny the remaining allegations in paragraph 10 of the Complaint.

11. Denied.

12. Admitted.

13. Denied.

1

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

14. Admitted.

15. Admitted.

16. Denied.

17. Denied.

18. Admitted.

19. Denied.

20. Denied.

<u>Aceves' Willful Destruction of NSU Property</u>

21. Admitted.

22. In response to paragraph 22, Defendants affirmatively assert that the document referenced therein speaks for itself and, to the extent the allegations of paragraph 22 differ from the document, Defendants deny such allegations.

23. Admitted.

24. Defendants are without knowledge or information as to the truth of the allegations in paragraph 24 of the Complaint and therefore deny the allegations.

25. Defendants are without knowledge or information as to the truth of the allegations in paragraph 25 of the Complaint and therefore deny the allegations.

26. Defendants are without knowledge or information as to the truth of the allegations in paragraph 26 of the Complaint and therefore deny the allegations.

27. Denied.

28. Admitted.

29. In response to paragraph 29, Defendants affirmatively assert that the document referenced therein speaks for itself and, to the extent the allegations of paragraph 29 differ from the document, Defendants deny such allegations.

30. Denied.

31. Defendants are without knowledge or information as to the truth of the allegations in paragraph 31 of the Complaint and therefore deny the allegations.

32. Defendants are without knowledge or information as to the truth of the

*PHX 332424212v1*

allegations in paragraph 32 of the Complaint and therefore deny the allegations.

33. Defendants are without knowledge or information as to the truth of the allegations contained in the first sentence of paragraph 33 and therefore deny them. Defendants deny the remaining allegations contained in paragraph 33 of the Complaint.

34. Defendants are without knowledge or information as to the truth of the allegations contained in the first sentence of paragraph 34 and therefore deny them. Defendants deny the remaining allegations contained in paragraph 34 of the Complaint.

35. Denied.

## COUNT I – BREACH OF CONTRACT

36. Defendants incorporate by reference their responses to the paragraphs of the Complaint as set forth above.

37. Denied.

38. Admitted.

39. Denied.

40. Denied.

41. Admitted.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

## COUNT II – BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

46. Defendants incorporate by reference their responses to the paragraphs of the Complaint as set forth above.

47. Paragraph 47 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 47 of the Complaint.

48. Denied.

49. Defendants are without knowledge or information as to the truth of the

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

allegations in paragraph 49 of the Complaint and therefore deny the allegations.

50. Defendants are without knowledge or information as to the truth of the allegations in paragraph 50 of the Complaint and therefore deny the allegations.

51. Paragraph 51 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 51 of the Complaint.

52. Paragraph 52 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 52 of the Complaint.

53. Paragraph 53 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 53 of the Complaint.

54. Paragraph 54 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 54 of the Complaint.

55. Denied.

## **COUNT III – BREACH OF DUTY LOYALTY [sic]**

56. Defendants incorporate by reference their responses to the paragraphs of the Complaint as set forth above.

57. Paragraph 57 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 57 of the Complaint.

58. Paragraph 58 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 58 of the Complaint.

59. Paragraph 59 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 59 of the Complaint.

4

60. Paragraph 60 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 60 of the Complaint.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

## COUNT IV – UNJUST ENRICHMENT

66. Defendants incorporate by reference their responses to the paragraphs of the Complaint as set forth above.

67. Paragraph 67 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 67 of the Complaint.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Paragraph 72 of the Complaint contains a legal conclusion, thus, a response is not necessary. To the extent a response is necessary, Defendants deny the allegations in paragraph 72 of the Complaint.

73. Denied.

74. Denied.

In response to Plaintiff's WHEREFORE paragraph requesting certain relief, no response is necessary. To the extent a response is necessary, Defendants deny all allegations in the prayer for relief and assert that Plaintiff should take nothing.

Defendants deny any and all allegations not expressly admitted.

PHX 332424212v1

## DEFENSES AND AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims may be barred, in whole or part, for failure to mitigate its damages, if any.

3. Plaintiff's damages, if any, were not caused by Defendants, in whole or in part.

4. The Complaint fails due to the lack of personal and subject matter jurisdiction.

5. Plaintiff's claims are barred by the defenses of waiver, release, accord and satisfaction, mistake, mutual mistake, consent, acquiescence, statute of frauds, impossibility of performance, illegality of contract, laches, unclean hands, estoppel, failure of consideration, material misrepresentations or omissions, and other defenses that may be determined as this matter proceeds.

Defendants reserve the right to amend their defenses and affirmative defenses, as this action is in its initial stages.

WHEREFORE, having responded to the Complaint, Defendants respectfully request that the Court dismiss Plaintiff's Complaint with prejudice and award Defendants their reasonable costs and attorneys' fees, pursuant to A.R.S. §§ 12-341 and 12-341.01, incurred in defending this action, and that the Court award Defendants such other relief as deemed just.

DATED this 20th day of April 2017.

GREENBERG TRAURIG LLP

By: */s/ Dana L. Hooper*
    Dana L. Hooper
    Aaron T. Lloyd
    Attorneys for Defendants

PHX 332424212v1

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on April 20, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

Timothy M. Medcoff
Roberto C. Garcia
FARHANG & MEDCOFF
4801 E. Broadway Blvd., Ste. 311
Tucson, Arizona 85711
*Attorneys for Plaintiff*

By: */s/ Barrie Peagler*
Employee, Greenberg Traurig, LLP

PHX 332424212v1

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000