# Farhang & Medcoff

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433
F:520.790.5736

Timothy M. Medcoff (#019204)
tmedcoff@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Attorneys for NatureSweet USA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NatureSweet USA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Alberto Aceves Cornejo and Karla Giovanna Marquez Junquera, husband and wife,<br><br>　　　　　　　Defendants. | Case No. 4:17-CV-00132-JAS<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Assigned to Hon. James A. Soto |

Plaintiff NatureSweet USA, LLC ("NSU"), by and through undersigned counsel, hereby gives notice that the parties reached a settlement of all claims asserted in this action. The parties anticipate they will formalize their settlement and submit the papers necessary to dispose of this action within 30 days.

DATED this 28th day of July, 2017.

　　　　　　　　　　　　　　　　Farhang & Medcoff

　　　　　　　　　　　　　　　　By /s/ Roberto C. Garcia
　　　　　　　　　　　　　　　　　　Timothy M. Medcoff
　　　　　　　　　　　　　　　　　　Roberto C. Garcia

　　　　　　　　　　　　　　　　Attorneys for NatureSweet USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona this 28th day of July, 2017. I further certify that a filed copy of this document was served via First-Class U.S. Mail and email upon the following individuals at the following addresses:

Alberto Aceves Cornejo
Karla Giovanna Marquez Junquera
1545 Santa Monica Road
Carpinteria, California 93013
acevesalberto8@gmail.com

/s/ Roberto C. Garcia