# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| NatureSweet USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Alberto Aceves Cornejo and Karla Giovanna Marquez Junquera, husband and wife,<br><br>Defendants. | Case No. 4:17-CV-00132-JAS<br><br>**JUDGMENT**<br><br>Assigned to Hon. James A. Soto |

The Stipulated Motion for Entry of Judgment (Doc. 17) is granted.

IT IS ORDERED, ADJUDGED, and DECREED that judgment is hereby entered in favor of Plaintiff NatureSweet USA, LLC ("NSU") and against Alberto Aceves Cornejo, Karla Giovanna Marquez Junquera, and their marital community (collectively, "Defendants") on the following claims made in NSU's Complaint (Doc. No. 1): Count I (Breach of Contract), Count II (Breach of the Duty of Good Faith and Fair Dealing), and Count III (Breach of Duty of Loyalty).

IT IS ORDERED that Count IV (Unjust Enrichment) of the Complaint (Doc. No. 1) is dismissed with prejudice.

IT IS ORDERED that NSU is the prevailing party in this action and is entitled to the recovery of attorneys' fees and costs incurred in connection with this action.

/ / / /

IT IS ORDERED that NSU shall recover the following from Defendants, jointly

and severally:

1. The principal sum of $44,468.33;

2. Post-judgment interest on the aforementioned principal sum at the rate of 6% per annum until this Judgment is paid in full; and

3. All attorneys' fees and costs NSU may incur in connection with the enforcement and collection of this Judgment.

IT IS ORDERED, because this Judgment disposes of all claims and issues in this case, that this action is terminated and the Clerk shall close the file.

Dated this 11th day of September, 2017.

*[signature]*

Honorable James A. Soto
United States District Judge